JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME BOYER, | Case No. CV 17-4243-GW(FFMx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| JAY MULEIN, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Court to retain jurisdiction to enforce the Settlement Agreement. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: September 19, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE